UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-CR-167 |
| | ) | Judge Phillips |
| JEROME DOBBINS | ) | |

## ORDER

Jerome Dobbins ("Petitioner") has filed a motion to dismiss case and vacate sentence for lack of jurisdiction under 28 U.S.C. § 2072(b) and Rule 60(d) [Doc. 34]. Since it does not plainly appear from the face of the motion that it should be summarily dismissed, the United States Attorney is hereby **ORDERED** to file an answer or other pleading within **thirty (30) days** from the date of this Order.

Although a reply to the Government's answer is not necessary, if Petitioner wishes to file a reply, he **SHALL** file any reply within **thirty (30) days** from the date the Government files its answer with the Court. The Court directs Petitioner's attention to E.D. Tenn. L.R. 7.1(b), which provides that briefs "shall not exceed 25 pages in length[,]" and L.R. 7.1(c), which provides that a reply brief shall directly reply to the points and authorities in the Government's answer and shall not be used to reargue the points and authorities included in his motion or to present any new issues.

IT IS SO ORDERED.

    s/ Thomas W. Phillips
SENIOR UNITED STATES DISTRICT JUDGE